GULF, C. & S. F. RY. CO. v. MATTHEWS.

(Circuit Court of Appeals, Eighth Circuit. February 20, 1893.)

No. 149.

In Error to the United States Court in the Indian Territory.

Action by William M. Matthews against the Gulf, Colorado & Santa Fe Railway Company for killing stock. Judgment for plaintiff. Defendant brings error. Affirmed.

E. D. Kenna, J. W. Terry, and C. L. Jackson, for plaintiff in error.
Isaac H. Orr and H. L. Christie, for defendant in error.

Before CALDWELL and SANBORN, Circuit Judges, and THAYER, District Judge.

PER CURIAM. This case was submitted without oral argument, on the assumption, no doubt, that it presents the same state of facts and the same questions of law which were considered in the cases of Railway Co. v. Wallace, 54 Fed. Rep. 485, and Railway Co. v. Seifred, Id. 485, (decided at the December term of this court, at Little Rock, Ark.,) in which the same counsel were engaged. We have examined the record, and have reached the conclusion that such assumption on the part of counsel is correct, and that the judgment must be affirmed, in conformity with the opinion announced in those cases.

It is so ordered.